In the Matter of the Judicial Settlement of the Account of the Proceedings of GEORGE STANLEY SHIRK and ISABEL KOSS MURRAY (Formerly ISABEL G. KOSS), as Temporary Administrators, etc., of ELLA V. VON E. WENDEL, Deceased, etc. THE PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK and Others, Appellants, GEORGE STANLEY SHIRK and Another, as Surviving Temporary Administrators, etc., and Another, Petitioners, and GEORGE STANLEY SHIRK and Another, Individually and as Surviving Executors, etc., and Another, Respondents.—Appeal by the residuary beneficiaries under the will of Ella V. von E. Wendel, deceased, from that part of a decree of the Surrogate's Court, New York county, which allows and awards to the temporary administrators as compensation herein five per cent (less the sum of $37,388.57) of the rents collected by them from real property. Decree so far as appealed from unanimously affirmed, with costs payable out of the estate. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ. [159 Misc. 900.]

WILLIAM J. HARPER, Appellant, v. REMINGTON ARMS COMPANY, INC., Respondent.—Action for personal injuries. Plaintiff appeals from an order setting aside a verdict of $12,000 in his favor and dismissing the complaint, and from the judgment entered thereon. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ. [156 Misc. 53.]

In the Matter of the Estate Tax upon the Estate of KATHERINE H. BROWN, Deceased. MARION BROWN ELLIOTT and Others, as Executors, etc., Appellants; THE STATE TAX COMMISSION, Respondent.—Appeal from an order of the Surrogate's Court, New York county, denying an appeal by the executors from a *pro forma* order assessing the estate tax on the estate of decedent under the provisions of article 10-C of the Tax Law. Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ. [153 Misc. 70.]

LADY ELEANOR DRESSES, INC., Respondent, v. ASTOR SEWING MACHINE AND ELECTRIC CO., INC., Appellant, Impleaded with Another.— Order granting plaintiff's motion to strike the second separate and distinct defense from defendant-appellant's answer unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON MOSKOWITZ and Another, Defendants, Impleaded with CHARLES SOBBIO, Appellant.— Judgment convicting defendant-appellant of the crime of robbery in the first degree (Penal Law, § 2124) unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

NEW YORK DOCK COMPANY, Respondent, v. ERNEST W. BROWN, INC., Appellant.— The action was brought on a fire insurance policy to recover $52,952.90, with interest, claimed as loss. Judgment entered on a verdict directed by the court, after defendant had rested at the close of plaintiff's case at Trial Term, affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and grant a new trial.